**Exhibit "1"**



# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

─────

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

\* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

May 28, 2022
**VIA FIRST CLASS MAIL**

Copyright Agent, Justin Paine
Cloudflare
101 Townsend Street
Legal Department
San Francisco, CA 94107

Re: Abuse Claim of allegation of copyright and trademark infringement on
websites registered or affiliated with Cloudflare

Dear Sirs:

<u>A physical or electronic signature of the copyright owner, or a person authorized to act
on behalf of the owner, of an exclusive copyright that has allegedly been infringed.</u>

Kerry S. Culpepper authorized to act on behalf of owner <u>ETN CORPORATION.</u>

/Kerry S. Culpepper/

<u>Identification of the copyrighted work claimed to have been infringed, or, if multiple
copyrighted works at a single online site are covered by a single notification, a representative
list of such works on that site.</u>

Infringement of ETN CORPORATION's copyright protected Works and trademark
"eTurboNews" at the websites:

https://newsakmi.com/travel-news/new-greek-lumiwings-airline-uses-turkmenistan-b737-to-fly-to-foggia-italy-eturbonews-etn/

https://tifnews.com/travel/canada-tries-to-reduce-airport-wait-times-eturbonews-etn-2/

<u>Identification of the material that is claimed to be infringing or to be the subject of
infringing activity and that is to be removed or access to which is to be disabled, and information
reasonably sufficient to permit cloudflare.com to locate the material.</u>

| Website | IP address |
|---|---|
| TifNews.com | 104.21.41.163 |

| NewsAkMi.com | 104.21.68.84 |
| --- | --- |

Information reasonably sufficient to permit cloudflare.com to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.

Kerry S. Culpepper, Esq.,

Culpepper IP, LLLC,

75-170 Hualalai Road,

Suite B204,

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

kculpepper@culpepperip.com

A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I, have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law. Further I have considered fair use.

A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, ETN CORPORATION of an exclusive right that is allegedly infringed.

Sincerely,
/ksc/

Kerry S. Culpepper

Attachments: Screenshots

| Original ETurbo News Article and date | Infringing Article |
|---|---|



**Screenshots of Search Links**

Attached.



About 8,360 results (0.32 seconds)

https://newsakmi.com › Travel

**What do Travelers Want This Summer? | eTurboNews**

May 6, 2022 — For more updates check below links and stay updated with **News AKMI**. Life and Style || Lifetime Fitness || Automotive **News** || Tech **News** || Giant ...

https://newsakmi.com › Travel

**New Ambassadors of Tourism in Italy | TravelIndustry News**

ENIT, the National Tourism Agency in Italy, is relaunching tourism promotion and presented the great communication project "Live Italian" in Milan on the ...

Politics    Science    Education    Life Style    Sports ▾    Food & Drinks    Career & Jobs    Deals    Travel    Advertise with us

WORLD ▾    US ▾    ENTERTAINMENT ▾    BUSINESS ▾    FINANCE ▾    TECH ▾    HEALTH ▾    AUTOMOTIVE ▾



⌂ Home / Travel / What do Travelers Want This Summer? | eTurboNews | Travel Industry News

**Travel**

# What do Travelers Want This Summer? | eTurboNews | Travel Industry News

Linda Owens ✉    •  4 weeks ago                                    🔖 2 minutes read





Did you mean: Germany *and* Japan eturbonews

https://tifnews.com › united-states-videos › germany-lo... ⋮

Germany loves Japan – and it shows in Duesseldorf - TIF News

15 hours ago — The **German** city of Düsseldorf is not only known for its Carnival, ... **Germany loves Japan** – and it shows in Duesseldorf | **eTurboNews** ...

People also search for                                                 ✕

visiting japan      places in germany





gle

news akmi eturbonews

🔍 All    📰 News    ▶️ Videos    🖼️ Images    📍 Maps    ⋮ More                    Tools

About 8,360 results (0.32 seconds)

https://newsakmi.com › Travel    ⋮

**What do Travelers Want This Summer? | eTurboNews**

May 6, 2022 — For more updates check below links and stay updated with **News AKMI**.
Life and Style || Lifetime Fitness || Automotive **News** || Tech **News** || Giant ...

https://newsakmi.com › Travel    ⋮

**New Ambassadors of Tourism in Italy | TravelIndustry News**

ENIT, the National Tourism Agency in Italy, is relaunching tourism promotion and presented the
great communication project "Live Italian" in Milan on the ...






# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

———

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACT CE IN VIRGINIA, HAWAI'I
  AND BEFORE THE USPTO

**Via FedEx**
Copyright Manager
Google LLC
1600 Amphitheater Parkway
Mountain View, CA 94043

**Via FedEx**
Corporation Service Company
Agent for Google, LLC
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833-3505

May 31, 2022

> Re: copyright and trademark infringement on
> websites indexed in Google search engine

Dear Sir or Madam:

My law firm represents ETN Corporation ("ETN"), owner of the travel website https://eturbonews.com/.  ETN publishes news articles under the trademark "eTurboNews".  The news articles and the photographs in the news articles are protected by US copyright law.  The trademark "eTurboNews" is a protected common law trademark.

ETN has made over one hundred abuse complaints to Google concerning the massive infringement of its rights by the websites for more than a year: (1) newsakmi.com; and (2) tifnews.com.

These websites blatantly copy ETN's news articles (including the photographs and even use ETN's trademark) on their websites.  Because Google continues to index these pirate websites onto its search engine, they are receiving most of the traffic and resultant advertisement for articles that ETN and its staff worked hard to write.  In some cases, these piracy sites are

even changing the name of the author although they use 100 percent of the same words of ETN's articles.

Please take a look at the following copyright complaints.

███████████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████

██████████████████████████████████████████████
████████████████████████████████████ owner of the
content.

██████████████████████████████████████████████████████
███████████████

███████████████████          █████████████

███████████████████          █████████████

███████████████████          █████████████

███████████████████          █████████████

███████████████████          █████████████

███████████████████          █████████████

███████████████████          █████████████

███████████████████          █████████████

███████████████████          █████████████

███████████████████          █████████████

███████████████████          █████████████

███████████████████          █████████████

███████████████████          █████████████

███████████████████          █████████████

███████████████████          █████████████

| Confirmation ID | =Total URLs |
|---|---|
| ██████████████ | ██████████ |
| ██████████████ | ██████████ |
| ██████████████ | ██████████ |
| ██████████████ | ██████████ |
| ██████████████ | ██████████ |



DMCA Notice

A physical or electronic signature of the copyright owner, or a person authorized to act on behalf of the owner, of an exclusive copyright that has allegedly been infringed.

Kerry S. Culpepper authorized to act on behalf of owner ETN CORPORATION.

/Kerry S. Culpepper/

Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.

Infringement of ETN CORPORATION's copyright protected Works and trademark "eTurboNews" at the websites:

https://newsakmi.com/travel-news/what-do-travelers-want-this-summer-eturbonews-travel-industry-news/

Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Youtube to locate the material.

(1)    Websites

https://newsakmi.com/travel-news/what-do-travelers-want-this-summer-eturbonews-travel-industry-news/

(2) screenshots provided below

Information reasonably sufficient to permit Google to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.

Kerry S. Culpepper, Esq.,

Culpepper IP, LLLC,

75-170 Hualalai Road,

Suite B204,

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

[kculpepper@culpepperip.com](mailto:kculpepper@culpepperip.com)

<u>A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.</u>

I, have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law. Further I have considered fair use.

<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, <u>ETN CORPORATION</u> of an exclusive right that is allegedly infringed.

Sincerely,

 /s/ Kerry S. Culpepper

Kerry S. Culpepper

`
-

## **Screenshots of Search Links**

Attached.

gle

news akmi eturbonews  ✕  🎤  🔍

🔍 All    📰 News    ▶ Videos    🖼 Images    ⊙ Maps    ⋮ More      Tools

About 8,360 results (0.32 seconds)

https://newsakmi.com › Travel   ⋮

**What do Travelers Want This Summer? | eTurboNews**
May 6, 2022 — For more updates check below links and stay updated with **News AKMI**.
Life and Style || Lifetime Fitness || Automotive **News** || Tech **News** || Giant ...

https://newsakmi.com › Travel   ⋮

**New Ambassadors of Tourism in Italy | TravelIndustry News**
ENIT, the National Tourism Agency in Italy, is relaunching tourism promotion and presented the
great communication project "Live Italian" in Milan on the ...



⌂ Home / Travel / What do Travelers Want This Summer? | eTurboNews | Travel Industry News

`Travel`

# What do Travelers Want This Summer? | eTurboNews | Travel Industry News

Linda Owens ✉    ·    4 weeks ago                              🔖 2 minutes read





Did you mean: Germany *and* Japan eturbonews

https://tifnews.com › united-states-videos › germany-lo... ⋮

Germany loves Japan – and it shows in Duesseldorf - TIF News

15 hours ago — The **German** city of Düsseldorf is not only known for its Carnival, ... **Germany loves Japan** – and it shows in Duesseldorf | **eTurboNews** ...

---

**People also search for**                                                    ✕

visiting japan     places in germany





gle

news akmi eturbonews                                      ✕  🎤  🔍

🔍 All    📰 News    ▶ Videos    🖼 Images    ⊙ Maps    ⋮ More                    Tools

About 8,360 results (0.32 seconds)

https://newsakmi.com › Travel    ⋮

**What do Travelers Want This Summer? | eTurboNews**

May 6, 2022 — For more updates check below links and stay updated with **News AKMI**.
Life and Style || Lifetime Fitness || Automotive **News** || Tech **News** || Giant ...

https://newsakmi.com › Travel    ⋮

**New Ambassadors of Tourism in Italy | TravelIndustry News**

ENIT, the National Tourism Agency in Italy, is relaunching tourism promotion and presented the
great communication project "Live Italian" in Milan on the ...

